FILED
18 MAY -2 AM 11: 38
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Amelia Morton,** | ) | Case No. 1:18-cv-00402 |
| **Plaintiff,** | ) | Judge Dan Aaron Polster |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| **Mobile Air, LLC et al,** | ) | |
| **Defendants.** | ) | |

The Court held a Case Management Conference May 2, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____  _____
Attorney for Plaintiff   Attorney for Defendants


**IT IS SO ORDERED.**

_____ 05/02/2018
Dan Aaron Polster
United States District Judge